IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THIRTY NINE THOUSAND SEVEN HUNDRED EIGHTY FIVE DOLLARS ($39,785.00) IN UNITED STATES CURRENCY, et al., | : | |
| | : | |
| Defendants | : | NO. 10-1892 |

## ORDER

AND NOW, this 26th day of April, 2011, upon consideration of Plaintiff United States of America's motion in limine to permit admission of other acts pursuant to Federal Rule of Evidence 404(b) (Doc No. 32), Defendants' response thereto (Doc. No. 36), and oral argument held on April 19, 2011, it is hereby ORDERED that the motion is GRANTED for the reasons set forth in the foregoing Memorandum Opinion.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE